FILED
June 23, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SA_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: **DR-21-CR-01031-AM** |
| | § | |
| | § | **I N D I C T M E N T** |
| v. | § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| GERSON GARCIA-GADIEL, | § | to Transport Illegal Aliens.] |
| ADRIAN GARCIA | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about May 27, 2021, in the Western District of Texas, Defendants,

GERSON GARCIA-GADIEL,
ADRIAN GARCIA,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

A TRUE BILL

███████████████

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
JOHN P. COOPER
Assistant United States Attorney

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: KINNEY                            USAO #: 2021R03388

DATE: JUNE 23, 2021                       MAG. CT. #: DR21-01030M-01

AUSA: JOHN P. COOPER

DEFENDANT: GERSON GARCIA-GADIEL

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO          LANGUAGE: ENGLISH

DEFENSE ATTORNEY: JOSEPH ANTHONY CORDOVA

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED          DATE OF ARREST: MAY 27, 2021

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: For each count - 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: KINNEY                                  USAO #: 2021R03388

DATE: JUNE 23, 2021                             MAG. CT. #: DR21-01030M-02

AUSA: JOHN P. COOPER

DEFENDANT: ADRIAN GARCIA

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO          LANGUAGE: ENGLISH

DEFENSE ATTORNEY: JACKSON L. LINDSEY

ADDRESS OF ATTORNEY: 5804 BABCOCK ROAD #336, SAN ANTONIO, TEXAS 78240

DEFENDANT IS: DETAINED          DATE OF ARREST: MAY 27, 2021

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: For each count - 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3